1  RENEE BELCASTRO, SBN 270492
   MICHAEL J. KRAHENBUHL, SBN 271021
2  MICHAEL M. BAKER, SBN 273232
   PITE DUNCAN, LLP
3  4375 JUTLAND DRIVE, SUITE 200
   SAN DIEGO, CA 92177-0935
4  TELEPHONE: (858) 750-7600
   FACSIMILE: (619) 590-1385
5
   Attorneys for Plaintiff COMPASS BANK
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10 | COMPASS BANK,                  | Case No. 3:11-cv-03672-JCS
11 |     Plaintiff,                 | AMENDED [~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR AN ORDER SHORTENING TIME FOR NOTICE OF MOTION AND MOTION TO REMAND;
12 |     v.                         |
13 | ERDINC TURGUL, MARINA V. LOPATIOUK, |
14 |                                |
15 |     Defendants.                |

16

17     Having read and considered Plaintiff COMPASS BANK (hereinafter "Plaintiff")

18 application requesting an order shortening time for hearing on Plaintiff's motion to remand, and

19 good cause appearing therefore,

20 IT IS ORDERED THAT:

21

22     1. The application is granted.

23     2. The hearing on the motion to remand shall take place in ~~Department~~ Courtroom G

24 on  September 16 , 2011 at 9:30  a.m./~~p.m.~~ 15th Fl, 450 Golden Gate Ave., SF, CA

25     3. The time and service of the motion to remand is shortened. Service of this order and

26 the motion, including all supporting documents, shall be accomplished by

27 ~~_____~~ no later than September 7 , 2011 ~~at _____ a.m./p.m.~~

28

---

-1-

[PROPOSED] ORDER SHORTENING TIME FOR NOTICE OF MOTION AND MOTION TO REMAND.

1  4. All papers opposing the motion must be filed and served by  Sept. 14, 2011  no later
2  than  4:00   ~~a.m.~~/p.m.

3  5. No reply brief.

4

5  Dated:  09/02/2011

   _____
6  Hon. U.S. ~~District~~ Court Judge
   Magistrate
7  Joseph C. Spero

*Judge Joseph C. Spero*