RENEE BELCASTRO, SBN 270492
MICHAEL J. KRAHENBUHL, SBN 271021
MICHAEL M. BAKER, SBN 273232
PITE DUNCAN, LLP
4375 JUTLAND DRIVE, SUITE 200
SAN DIEGO, CA 92177-0935
TELEPHONE: (858) 750-7600
FACSIMILE: (619) 590-1385

Attorneys for Plaintiff COMPASS BANK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMPASS BANK,<br><br>Plaintiff,<br><br>v.<br><br>ERDINC TURGUL, MARINA V. LOPATIOUK,<br><br>Defendants. | Case No. 3:11-cv-03672-JCS<br><br>AMENDED<br>[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR AN ORDER SHORTENING TIME FOR NOTICE OF MOTION AND MOTION TO REMAND; |

Having read and considered Plaintiff COMPASS BANK (hereinafter "Plaintiff") application requesting an order shortening time for hearing on Plaintiff's motion to remand, and good cause appearing therefore,

IT IS ORDERED THAT:

1. The application is granted.

2. The hearing on the motion to remand shall take place in ~~Department~~ Courtroom G on __September 16__, 2011 at 9:30 a.m./~~p.m.~~ 15th Fl, 450 Golden Gate Ave., SF, CA

3. The time and service of the motion to remand is shortened. Service of this order and the motion, including all supporting documents, shall be accomplished by _____ no later than September 7 , 2011 ~~at _____ a.m./p.m.~~

---
-1-
[PROPOSED] ORDER SHORTENING TIME FOR NOTICE OF MOTION AND MOTION TO REMAND.

4. All papers opposing the motion must be filed and served by  Sept. 14, 2011  no later than  4:00     ~~a.m.~~/p.m.

5. No reply brief.

Dated: __09/02/2011__

_____
Hon. U.S. ~~District~~ Court Judge
             Magistrate

Joseph C. Spero

-2-
[PROPOSED] ORDER SHORTENING TIME FOR NOTICE OF MOTION AND MOTION TO REMAND.